# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PAULA TUCKER**                                                           **PLAINTIFF**

V.                  No. 3:22-CV-00102-ERE

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security**                            **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 8th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1